**Order filed, July 19, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00396-CR

_____

**ROBERT  JARRAD  CLARK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 21st District Court
Washington County, Texas
Trial Court Cause No. 17311

## ORDER

The reporter's record in this case was due **June 14, 2016**. *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Jan Lynn,** the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM